PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Dublin Division


FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 SEP -9 P 1:18
CLERK [signature]
SO. DIST. OF GA.

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Matt Graham**     Case Number: CR304-00003-001

Name of Sentencing Judicial Officer:   Honorable Dudley H. Bowen, Jr.
                                       United States District Judge

Date of Original Sentence:   September 24, 2004

Original Offense:   Distribution of methamphetamine

Original Sentence:  36 months custody; 3 years supervised release; $1,500 fine; $100 special assessment; 200 hours community service

Type of Supervision:   Supervised release

Date Supervision Commenced:   September 1, 2006

Assistant U.S. Attorney:   Darrin L. McCullough

Defense Attorney:   Swain Alvin Lewis

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

1. The defendant shall comply with the conditions of home confinement/electronic monitoring for a period of 120 days, to commence immediately following release from imprisonment. During this time, the defendant will remain at his place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer. The defendant will maintain a telephone at his place of residence without any special services, including but not limited to, call forwarding, caller ID, call waiting, a modem, or cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The cost of electronic monitoring shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

2. The defendant shall participate in a program of treatment for drug and alcohol abuse. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

3. The defendant shall not consume any alcohol while on supervised release.

4. The defendant was ordered to complete 200 hours of community service at the time he was sentenced. However, the Court noted that a portion of those hours would be remitted if the

defendant remained employed. Graham has been employed at Graham Brothers Construction Company in East Dublin, Georgia, since his release from prison. To date, the defendant has completed 161.5 hours of community service. In view of the new charges, the defendant agrees to complete the remaining balance of 46.5 hours of community service within six months.

## CAUSE

On August 2, 2008, the offender was arrested by the Dublin, Georgia, police Department for the offense of driving under the influence, speeding (62/35), driving under the influence - less safe, and failure to maintain lane. The case is currently pending in Lauren County State Court.

Since his release from prison, Graham has been employed at Graham Brothers Construction Company. Until his August 2, 2008, arrest, the offender was a foremen. Following the arrest, his grandfather, and founder of the company, had the offender removed from that job site and reassigned to a job site in Wrens, Georgia. As such, the offender now gets up at 4:00 a.m. every morning (Monday through Friday), and rides with employees from the Dublin area to the job site in Wrens. Graham is now operating heavy equipment.

Prior to the August 2, 2008, arrest, Graham had been compliant with all conditions of supervised release. To address the instant violation of supervised release, the probation officer recommends the above modifications to the conditions of supervise release.

Respectfully submitted,

by Christopher A. Doughtie, Sr.
United States Probation Officer
Date: September 2, 2008

Reviewed by:

Pamela K. Sowell
Supervisory United States Probation Officer

Re: Matt Graham
Case Number: CR304-00003-001
Page 3

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above ~~2013~~
[ ] Other

*Dudley H. Bowen, Jr.*
United States District Judge

9-9-08
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Dublin Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall comply with the conditions of home confinement/electronic monitoring for a period of 120 days, to commence immediately following release from imprisonment. During this time, the defendant will remain at his place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer. The defendant will maintain a telephone at his place of residence without any special services, including but not limited to, call forwarding, caller ID, call waiting, a modem, or cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The cost of electronic monitoring shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

2. The defendant shall participate in a program of treatment for drug and alcohol abuse. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

3. The defendant shall not consume any alcohol while on supervised release.

4. The defendant was ordered to complete 200 hours of community service at the time he was sentenced. However, the Court noted that a portion of those hours would be remitted if the defendant remained employed. Graham has been employed at Graham Brothers Construction Company in East Dublin, Georgia, since his release from prison. To date, the defendant has completed 161.5 hours of community service. In view of the new charges, the defendant agrees to complete the remaining balance of 46.5 hours of community service within six months.

Witness: _Christopher A. Doughtie_
Christopher A. Doughtie, Sr.
United States Probation Officer Specialist

Signed: _Matt Graham_
Matt Graham
Supervised Releasee

08-22-08
DATE